NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar #13644
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar #12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-5080
Christopher.Burton4@usdoj.gov
*Attorneys for the United States of America*



# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A LG CELL PHONE MODEL LM-X212TA, BEARING SERIAL # 804CYWC037089, CURRENTLY LOCATED AND BEING STORED IN THE LAS VEGAS FBI EVIDENCE CONTROL ROOM | Case No. 2:19-mj-944-BNW<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:20-cr-00019-JCM-NJK.

DATED this 24th day of February, 2020.

Respectfully,

NICHOLAS A. TRUTANICH
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney
District of Nevada

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF A LG CELL PHONE MODEL LM-X212TA, BEARING SERIAL # 804CYWC037089, CURRENTLY LOCATED AND BEING STORED IN THE LAS VEGAS FBI EVIDENCE CONTROL ROOM | Case No. 2:19-mj-944-BNW<br><br>Order to Unseal Case |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**IT IS SO ORDERED**

**DATED:** February 26, 2020

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**